Clear Form

FILED

MAR 03 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

SK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVIA BLOUNT<br><br>Plaintiff,<br><br>vs.<br><br>CONTRA COSTA COUNTY FAMILY LAW JUDGE GINA DASHMAN<br><br>Defendant. | CV25-2211<br><br>CASE NO. Currently unassigned<br><br>**APPLICATION TO PROCEED IN FORMA PAUPERIS**<br>(Non-prisoner cases only) |

I, ALIVIA BLOUNT, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ✔  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 1600    Net: 1200

Employer: edelweiss lodge and resort

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.

2 | _____

3 | _____

4 | _____

5  2. Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7      a.    Business, Profession or           Yes ____ No ✔

8            self employment?

9      b.    Income from stocks, bonds,        Yes ____ No ✔

10           or royalties?

11     c.    Rent payments?                 Yes ____ No ✔

12     d.    Pensions, annuities, or            Yes ____ No ✔

13           life insurance payments?

14     e.    Federal or State welfare payments,   Yes ____ No ✔

15           Social Security or other govern-

16           ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21  3.    Are you married?                    Yes ____ No ✔

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26  4.    a.    List amount you contribute to your spouse's support:$ _____

27      b.    List the persons other than your spouse who are dependent upon you for support

28           and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

AGS - 10

5. Do you own or are you buying a home?    Yes ___ No ✔

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ✔ No ___

Make toyota    Year 2022    Model corolla

Is it financed? Yes ✔ No ___ If so, Total due: $ 21000

Monthly Payment: $ 672

7. Do you have a bank account? Yes ✔ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: bank of america

Present balance(s): $ 0

Do you own any cash? Yes ___ No ✔ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ___ No ✔

8. What are your monthly expenses?

Rent: $ 800    Utilities: 600

Food: $ 400    Clothing: 100

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| perpay | $ 100 | $ 500 |
|  | $  | $  |
|  | $  | $  |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

child support - alameda county

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✔ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

MSF20-00623

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2/20/25                             *Allen Blunt*
DATE                                 SIGNATURE OF APPLICANT